```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23217
   KENNETH A CARLISLE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4849


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/11/2007 and was not confirmed.

     The case was dismissed without confirmation 02/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED          273.70          .00             .00
ASSET ACCEPTANCE LLC       NOTICE ONLY     NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1500.00          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         3214.62          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          333.20          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          675.74          .00             .00
VATIV RECOVERY SOLUTIONS   UNSECURED        25000.00          .00             .00
OPTION ONE MORTGAGE        CURRENT MORTG        .00           .00             .00
OPTION ONE MORTGAGE        SECURED NOT I    54687.56          .00             .00
PRO SE DEBTOR              DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                       .00                      .00




              PAGE   1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 23217 KENNETH A CARLISLE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|   |   |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |